**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PATRICK COTTER AND ALEJANDRA MACIEL,

    Plaintiff(s),

vs.

LYFT, INC.,

    Defendant(s).

Case No.: 13-cv-4065-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on December 9, 2013.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | 4/21/14 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 12/20/13 |
| NON-EXPERT DISCOVERY CUTOFF: | 6/6/14 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 7/18/14<br>Rebuttal: 8/3/14 |
| DISPOSITIVE MOTIONS[1] TO BE FILED BY: | 9/12/14 |
| EXPERT DEPOSITIONS COMPLETED BY: | 8/22/14 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 18, 2013

                                              _____
                                             **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.