UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK COTTER, et al.,

    Plaintiffs,

v.

LYFT, INC.,

    Defendant.

Case No. 13-cv-04065-VC

**ORDER**

As discussed at today's case management conference, by no later than **June 12, 2014**, the parties are directed to file simultaneous briefs, not to exceed 10 pages, addressing whether the Court has subject matter jurisdiction over this action. At a minimum, the briefs should address:

1. Whether there is a plausible basis for believing that greater than one-third of the members of the proposed class are not California residents;
2. Whether the California statutes upon which Plaintiffs base their claims apply to Lyft drivers in other states; and
3. If the California statutes do not apply to drivers outside California, whether the Court has any basis to exercise jurisdiction.

A hearing on whether the complaint plausibly states a claim under California law on behalf of a nationwide class, and on whether the Court has subject matter jurisdiction, is scheduled for **June 26, 2014** at **10:30 a.m.**

In addition, any motions for summary judgment based on named plaintiff Patrick Cotter's claims are due **August 14, 2014**. Any motions for summary judgment based on class-wide claims, as well as any motion for class certification, are due **November 17, 2014**. Finally, the deadline to complete fact discovery in preparation for a motion on class certification is also **November 17, 2014**.

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
VINCE CHHABRIA
United States District Judge

2