Matthew D. Carlson (State Bar No. 273242)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 817-1470
Email: mcarlson@carlsonlegalservices.com

Shannon Liss-Riordan (*Pro Hac Vice*)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street – 20th Floor
Boston, MA 02114
Telephone: (617) 994-5800
Email: sliss@llrlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: 3:13-cv-04065-VC**<br><br>**Hon. Vince Chhabria**<br><br>**NOTICE OF MOTION AND MOTION TO CERTIFY ORDER FOR INTERLOCUTORY REVIEW**<br><br>Hearing date: October 16, 2014<br>Time: 1:30 p.m.<br>Courtroom: 4 |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on Thursday, October 16, 2014, at 1:30 p.m., or as soon thereafter as the matter can be heard before the Honorable Vince Chhabria, in Courtroom 4 – 17th Floor, U.S. District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA, 94102,

Plaintiffs will and hereby do move the Court pursuant to 28 U.S.C.§ 1292(b) to certify for interlocutory review the Court's August 7, 2014 Order and for the Court to amend the Order to state that the necessary conditions for interlocutory review under 28 U.S.C. § 1292(b) have been met.

    The motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the Court's August 7, 2014 Order; all papers filed relating to the Court's August 7, 2014 Order; all other pleadings and papers filed in this action; and such other materials or argument as the Court may properly consider prior to deciding this Motion.

Dated: August 28, 2014                              Carlson Legal Services

                                                         By:    /s/ Matthew D. Carlson
                                                                   Matthew D. Carlson
                                                                   Attorney for Plaintiffs