UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK COTTER, et al.,

    Plaintiffs,

v.

LYFT, INC.,

    Defendant.

Case No. 13-cv-04065-VC

**ORDER DENYING MOTION TO CERTIFY FOR INTERLOCUTORY REVIEW AND SCHEDULING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 56

The plaintiffs' motion to certify the Court's August 14, 2014 order for interlocutory review is denied.

A case management conference is scheduled for September 23, 2014 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: August 29, 2014

VINCE CHHABRIA
United States District Judge