UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LYFT, INC.,<br><br>　　　　　Defendant. | Case No. 13-cv-04065-VC<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 64, 67 |

Pursuant to the Court's Civil Standing Order for cross-motions for summary judgment, the opening brief must be filed by the plaintiff no later than December 1, 2014.  The opening/opposition brief must be filed by the defense no later than December 22, 2014.  The opposition/reply must be filed by the plaintiff no later than January 7, 2015, and the reply must filed by the defense no later than January 14, 2015.  The first two briefs are limited to 25 pages, the third brief is limited to 20 pages, and the fourth brief is limited to 15 pages.  The deadline for a hearing on the cross-motions remains January 29, 2015.

**IT IS SO ORDERED**.

Dated: November 7, 2014

_____
VINCE CHHABRIA
United States District Judge