UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant. | Case No.: 3:13-cv-04065-VC<br><br>**Hon. Vince Chhabria**<br><br>**DECLARATION OF MATTHEW D. CARLSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY** |

I, Matthew D. Carlson, declare as follows:

1. I am the sole proprietor of Carlson Legal Services. I a member in good standing of the bar of the State of California. I am admitted to practice in this Court.

2. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them.

3. This Declaration is submitted in support of Plaintiffs' Motion for Summary Judgment as to Liability in the action *Patrick Cotter and Alejandra Maciel, on behalf of themselves and all others similarly situated, v. Lyft, Inc.*

4. Attached hereto as **Exhibit A** is a true and correct copy of a Declaration executed by Lyft Director of Support, Komal Kirtikar, produced by Defendant in discovery.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of one of Lyft's persons most knowledgeable, Evan Goldin. Excerpts marked by Defendant as "confidential" pursuant to the parties' stipulated protective order are attached to the Declaration of Matthew D. Carlson in support of Plaintiffs' Administrative Motion to File Under Seal as **Exhibit B1.**

6. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Patrick Cotter.

7. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Alejandra Maciel.

8. Attached hereto as **Exhibit E** is a true and correct copy of the first version of Defendant's Terms of Service applicable during Plaintiff Cotter's tenure with Lyft, produced by Defendant in discovery.

9. Attached hereto as **Exhibit F** is a true and correct copy of second version of Defendant's Terms of Service applicable during Plaintiff Cotter's tenure with Lyft, produced by Defendant in discovery.

10. Attached hereto as **Exhibit G** is a true and correct copy of third version of Defendant's Terms of Service applicable during Plaintiff Cotter's tenure with Lyft, produced by Defendant in discovery.

11. Attached hereto as **Exhibit H** is a true and correct copy of first version of Defendant's Terms of Service applicable during Plaintiff Maciel's tenure with Lyft, produced by Defendant in discovery.

12. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the transcript of the deposition of one of Lyft's persons most knowledgeable, Komal Kirtikar. Excerpts marked by Defendant as "confidential" pursuant to the parties' stipulated protective

order are attached to the Declaration of Matthew D. Carlson in support of Plaintiffs' Administrative Motion to File Under Seal as **Exhibit I1.**

13. Attached hereto as **Exhibit J** is a true and correct copy of documents Bates numbered Maciel_0028-Maciel_0029, Maciel_0043, and Maciel_0081, produced by Plaintiff in discovery.

14. Attached to the Declaration of Matthew D. Carlson in support of Plaintiffs' Administrative Motion to File Under Seal as **Exhibit K** is a true and correct copy of a document Bates numbered LYFT000766, produced by Defendant in discovery and designated by Defendant as confidential pursuant to the parties' stipulated protective order.

15. Attached to the Declaration of Matthew D. Carlson in support of Plaintiffs' Administrative Motion to File Under Seal as **Exhibit L** is a true and correct copy of a document Bates numbered LYFT000383, produced by Defendant in discovery and designated by Defendant as confidential pursuant to the parties' stipulated protective order.

16. Attached hereto as **Exhibit M** is a true and correct copy of a document Bates numbered LYFT000260-LYFT000261, produced by Defendant in discovery.

17. Attached hereto as **Exhibit N** is a true and correct copy of a document Bates numbered Cotter_0249, produced by Plaintiffs in discovery.

18. Attached hereto as **Exhibit O** is a true and correct copy of a document Bates numbered Cotter_0248, produced by Plaintiffs in discovery.

19. Attached hereto as **Exhibit P** is a true and correct copy of a document Bates numbered LYFT001784, produced by Defendant in discovery.

20. Attached hereto as **Exhibit Q** is a true and correct copy of a document Bates numbered LYFT000941, produced by Defendant in discovery.

21. Attached hereto as **Exhibit R** is a true and correct copy of a document Bates numbered LYFT000878, produced by Defendant in discovery.

22. Attached hereto as **Exhibit S** is a true and correct copy of a document Bates numbered LYFT001781, produced by Defendant in discovery.

23. Attached hereto as **Exhibit T** is a true and correct copy of a document Bates numbered LYFT001732-LYFT001734, produced by Defendant in discovery.

24. Attached hereto as **Exhibit U** is a true and correct copy of a document Bates numbered LYFT001577-LYFT001580, produced by Defendant in discovery.

25. Attached hereto as **Exhibit V** is a true and correct copy of a document Bates numbered LYFT000265-LYFT000266, produced by Defendant in discovery.

26. Attached hereto as **Exhibit W** is a true and correct copy of a document Bates numbered Maciel_0026-Maciel_0027, produced by Plaintiffs in discovery

27. Attached hereto as **Exhibit X** is a true and correct copy of a documents Bates numbered LYFT000993, LYFT000865-LYFT000866, and LYFT000908, produced by Defendant in discovery.

28. Attached hereto as **Exhibit Y** is a true and correct copy of a document Bates numbered LYFT001581, produced by Defendant in discovery.

29. Attached hereto as **Exhibit Z** is a true and correct copy of a document Bates numbered LYFT000038-LYFT000041, produced by Defendant in discovery.

30. Attached hereto as **Exhibit AA** is a true and correct copy of a document Bates numbered LYFT001332-LYFT001333, produced by Defendant in discovery.

31. Attached hereto as **Exhibit BB** is a true and correct copy of Defendant's Second Amended Response to Plaintiff Patrick Cotter's Interrogatories, Set Three.

32. Attached hereto as **Exhibit CC** is a true and correct copy of excerpts from the transcript of the deposition of one of Lyft's persons most knowledgeable, William Hartman

33. Attached hereto as **Exhibit DD** is a true and correct copy of a document Bates numbered LYFT001493, produced by Defendant in discovery.

34. Attached hereto as **Exhibit EE** is a true and correct copy of a document Bates numbered LYFT001495, produced by Defendant in discovery.

35. Attached hereto as **Exhibit FF** is a true and correct copy of a document Bates numbered LYFT001496, produced by Defendant in discovery.

36. Attached hereto as **Exhibit GG** is a true and correct copy of a document Bates numbered LYFT001498, produced by Defendant in discovery.

37. Attached hereto as **Exhibit HH** is a true and correct copy of a document Bates numbered LYFT001500, produced by Defendant in discovery.

38. Attached hereto as **Exhibit II** is a true and correct copy of a document Bates numbered LYFT001507, produced by Defendant in discovery.

39. Attached hereto as **Exhibit JJ** is a true and correct copy of a document Bates numbered LYFT001534, produced by Defendant in discovery.

40. Attached hereto as **Exhibit KK** is a true and correct copy of a document Bates numbered LYFT001536, produced by Defendant in discovery.

41. Attached hereto as **Exhibit LL** is a true and correct copy of a document Bates numbered LYFT001543, produced by Defendant in discovery.

42. Attached hereto as **Exhibit MM** is a true and correct copy of a document Bates numbered LYFT001569, produced by Defendant in discovery.

43. Attached hereto as **Exhibit NN** is a true and correct copy of a document Bates numbered LYFT001654, produced by Defendant in discovery.

44. Attached hereto as **Exhibit OO** is a true and correct copy of a document Bates numbered LYFT001571, produced by Defendant in discovery.

45. Attached hereto as **Exhibit PP** is a true and correct copy of a document Bates numbered LYFT001573, produced by Defendant in discovery.

46. Attached hereto as **Exhibit QQ** is a true and correct copy of a document Bates numbered LYFT001641, produced by Defendant in discovery.

47. Attached hereto as **Exhibit RR** is a true and correct copy of a document Bates numbered LYFT001705, produced by Defendant in discovery.

48. Attached hereto as **Exhibit SS** is a true and correct copy of a document Bates numbered LYFT001768, produced by Defendant in discovery.

49. Attached hereto as **Exhibit TT** is a true and correct copy of a document Bates numbered LYFT001770, produced by Defendant in discovery.

50. Attached hereto as **Exhibit UU** is a true and correct copy of a document Bates numbered LYFT001774, produced by Defendant in discovery.

51. Attached hereto as **Exhibit VV** is a true and correct copy of a document Bates numbered LYFT001741, produced by Defendant in discovery.

52. Attached hereto as **Exhibit WW** is a true and correct copy of a document Bates numbered LYFT001596, produced by Defendant in discovery.

53. Attached hereto as **Exhibit XX** is a true and correct copy of a document Bates numbered LYFT001035, produced by Defendant in discovery.

54. Attached hereto as **Exhibit YY** is a true and correct copy of a document Bates numbered LYFT001033, produced by Defendant in discovery.

55. Attached hereto as **Exhibit ZZ** is a true and correct copy of a document Bates numbered LYFT000406-LYFT000407, produced by Defendant in discovery.

56. Attached hereto as **Exhibit AAA** is a true and correct copy of a document Bates numbered LYFT000390-LYFT000391, produced by Defendant in discovery.

57. Attached hereto as **Exhibit BBB** is a true and correct copy of a document Bates numbered LYFT000171, produced by Defendant in discovery.

58. Attached hereto as **Exhibit CCC** is a true and correct copy of a document Bates numbered LYFT001349, produced by Defendant in discovery.

59. Attached hereto as **Exhibit DDD** is a true and correct copy of a document Bates numbered LYFT001507, produced by Defendant in discovery.

60. Attached hereto as **Exhibit EEE** is a true and correct copy of a document Bates numbered LYFT001625-LYFT001626, produced by Defendant in discovery.

61. Attached hereto as **Exhibit FFF** is a true and correct copy of Defendant's Response to Plaintiffs' Requests for Admission, Set One.

62. Attached hereto as **Exhibit GGG** is a true and correct copy of a document Bates numbered LYFT000225, produced by Defendant in discovery.

63. Attached hereto as **Exhibit HHH** is a true and correct copy of a stipulation executed by the parties and a true and correct copy of the Plaintiff Cotter's Interrogatories, Set One, referenced in the stipulation.

64. Attached hereto as **Exhibit III** is a true and correct copy of a document Bates numbered Cotter_0001, produced by Plaintiffs in discovery.

65. Attached hereto as **Exhibit JJJ** is a true and correct copy of a document Bates numbered Cotter_0008, produced by Plaintiffs in discovery.

66. Attached hereto as **Exhibit KKK** is a true and correct copy of documents Bates numbered LYFT000022 and LYFT00026-LYFT000027, produced by Defendant in discovery.

67. Attached hereto as **Exhibit LLL** is a true and correct copy of a document Bates numbered LYFT001337-LYFT001338, produced by Defendant in discovery.

68. Attached hereto as **Exhibit MMM** is a true and correct copy of a document Bates numbered LYFT001128, produced by Defendant in discovery.

69. Attached hereto as **Exhibit NNN** is a true and correct copy of a document Bates numbered LYFT000375, produced by Defendant in discovery.

70. Attached hereto as **Exhibit OOO** is a true and correct copy of a documents Bates numbered LYFT000345-LYFT000348 and LYFT000789-LYFT000790, produced by Defendant in discovery.

71. Attached hereto as **Exhibit PPP** is a true and correct copy of a document Bates numbered LYFT000008, produced by Defendant in discovery.

72. Attached hereto as **Exhibit QQQ** is a true and correct copy of a document Bates numbered LYFT000343-LYFT000344, produced by Defendant in discovery.

73. Attached hereto as **Exhibit RRR** is a true and correct copy of a document Bates numbered Maciel_0028-Maciel_0029, produced by Plaintiffs in discovery.

74. Attached hereto as **Exhibit SSS** is a true and correct copy of a document Bates numbered Cotter_0036, produced by Plaintiffs in discovery.

75. Attached to the Declaration of Matthew D. Carlson in support of Plaintiffs' Administrative Motion to File Under Seal as **Exhibit TTT** is a true and correct copy of a document Bates numbered LYFT000739-LYFT000740, produced by Defendant in discovery and designated by Defendant as confidential pursuant to the parties' stipulated protective order.

76. A video produced by Defendant in discovery titled "Safety and Support," Bates numbered LYFT000291, states Lyft's "live support team" "is always monitoring what's going on on the platform," and that, "Unless you log out of driver mode, we're always going to know where you are."

77. The videos produced by Defendant in discovery, Bates numbered LYFT000289-LYFT000291 and LYFT000316-LYFT000318 contain information also contained in LYFT's online "FAQs," including.

- The video Bates numbered LYFT000289 includes, in part, instructions to: keep phones charged; to "at least once a week, make sure to dust and vacuum"; to keep a clean trunk; to "create a unique experience for your passengers"; to

"encourage passengers to sit up front"; to "greet and say goodbye with a fist bump"; to "offer your passengers a charge for their phone"; and to "always wear your mustache on the grill."

- The video Bates numbered LYFT000290 includes, in part, information regarding Lyft's Hours System, and instructs Drivers to "make sure to accept every request to keep 100% acceptance rate. If you don't accept, the request will get kicked to another driver, and your passenger has to wait longer than they were expecting." This "creates a bad experience." The video also informs Drivers that they can log on to driver mode without reserving hours in advance only "if there are open spots for that hour."

- As described above, the video Bates numbered LYFT000291 states, in part, that Lyft's "live support team" "is always monitoring what's going on on the platform," and that, "Unless you log out of driver mode, we're always going to know where you are." It also informs Drivers that they can only be hailed through the Lyft Platform, and not from the street. The video also informs Drivers that they can drive for Lyft using only a Lyft-approved car.

- The video Bates numbered LYFT000316 states, in part, "we rock the mustache, invite passengers to sit upfront, [and] welcome everyone with a fistbump."

- The video Bates numbered LYFT000317 generally explains how the Lyft application works and also states, in part, "we get creative with our cars [and] welcome passengers just like a friend."

- The video Bates numbered LYFT000318, in part, instructs Drivers to clean their cars, "inside and out, and we mean clean. Store your personal stuff at home. Even a few stray papers or runaway sweaters can ruin an otherwise impeccable ride. Same goes for smells." It also states, "don't forget to look presentable." It

also states "we keep our cars fresh and clean" and "we never use phones while driving."

78. All videos produced by Defendant can be made available to the Court for viewing upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 1, 2014, in San Francisco, California.

By: _____
Matthew D. Carlson