# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCIO DIVISION

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LYFT, INC. and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 3:13-cv-04065-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LYFT, INC.'S MOTION FOR ADMINISTRATIVE RELIEVE TO FILE NOTICE OF NEW AUTHORITY**<br><br>Complaint Filed:   September 3, 2013<br>Trial Date:          None Set<br>Judge:               Hon. Vince Chhabria |

1 | Having considered Defendant Lyft, Inc.'s Motion for Administrative Relief to file Notice of
2 | New Authority, the Declaration of Alex Santana in support thereof, and all supporting exhibits, IT
3 | IS HEREBY ORDERED THAT Lyft's Motion for Administrative Relief is GRANTED and Lyft's
4 | Notice of New Authority, attached as Exhibit "A" to the Motion for Administrative Relief, is
5 | deemed filed.

DATED:  February 17, 2015

_____
Hon. Vince Chhabria
United States District Judge

PROPOSED ORDER SUBMITTED BY:

THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
CHRISTOPHER M. AHEARN, State Bar No. 239089
chris.ahearn@ogletreedeakins.com
ALEX SANTANA, State Bar No. 252934
alex.santana@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
LYFT, INC.

20267785.1

2    Case No. 3:13-cv-04065-VC
[PROPOSED] ORDER GRANTING DEFENDANT LYFT, INC.'S MOTION FOR
ADMINISTRATIVE RELIEF TO FILE NOTICE OF NEW AUTHORITY