UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK COTTER, et al.,

        Plaintiffs,

   v.

LYFT, INC.,

        Defendant.

Case No. 13-cv-04065-VC

**ORDER DENYING MOTIONS TO FILE UNDER SEAL**

Re: Dkt. Nos. 70, 73

A party seeking to seal a judicial record then bears the burden of overcoming a "strong presumption in favor of access." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal quotation marks omitted). Here, neither motion to file under seal meets the "high threshold of showing that 'compelling reasons' support secrecy," *id.* at 1180. Accordingly, the motions are denied.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
VINCE CHHABRIA
United States District Judge