UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LYFT, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-04065-VC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S ADMINISTRATIVE MOTION TO FILE NOTICE OF NEW AUTHORITY**<br><br>Re: Dkt. No. 90 |

Because the Court has denied the parties' cross-motions for summary judgment, Docket No. 94, Lyft's Motion for Administrative Relief to file a Notice of New Authority, Docket No. 90, is denied as moot.

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____
VINCE CHHABRIA
United States District Judge