KEKER & VAN NEST LLP
RACHAEL E. MENY - # 178514
rmeny@kvn.com
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
REBEKAH L. PUNAK - # 248588
rpunak@kvn.com
ALEXANDER DRYER - # 291625
ADryer@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
CHRISTOPHER M. AHEARN, State Bar No. 239089
chris.ahearn@ogletreedeakins.com
ALEX SANTANA, State Bar No. 252934
alex.santana@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415 442 4810
Facsimile:    415 442 4870

Attorneys for Defendant LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>LYFT, INC.,<br><br>            Defendant. | Case No. 3:13-cv-04065-VC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:  Hon. Vince Chhabria<br><br>Date Filed:  September 3, 2013<br><br>Trial Date:  None Set |

To the Court, all parties, and their attorneys of record:

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel on behalf of Defendant Lyft, Inc.:

> Alexander Dryer
> Keker & Van Nest, LLP
> 633 Battery Street
> San Francisco, California, 94111-1809
> Tel:  415-391-5400
> Fax:  415-397-7188
> email:  adryer@kvn.com

Dated:  March 13, 2015                               KEKER & VAN NEST LLP

By: */s/ Alexander Dryer*
RACHAEL E. MENY
R. JAMES SLAUGHTER
REBEKAH L. PUNAK
ALEXANDER DRYER

THOMAS M. MCINERNEY
CHRISTOPHER M. AHEARN,
ALEX SANTANA
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Attorneys for Defendant LYFT, INC.