UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>LYFT, INC.,<br><br>                    Defendant. | Case No.: 3:13-cv-04065-VC<br><br>Hon. Vince Chhabria<br><br>**DECLARATION OF MATTHEW D. CARLSON RE: RESUBMISSION OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY PREVIOUSLY SOUGHT TO BE FILED UNDER SEAL**<br><br>L.R. 79-5(f)(2) |

I, Matthew D. Carlson, declare as follows:

1. I am the sole proprietor of Carlson Legal Services. I am a member in good standing of the bar of the State of California. I am admitted to practice in this Court.

2. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them.

3. This Declaration is submitted in light of this Court's March 13, 2015 Order denying Plaintiffs' Administrative Motion to File Under Seal. (Dkt. No. 96.)

4. Pursuant to the parties' stipulated protective order, Plaintiffs sought to file under seal Exhibits B1, I1, K, L, and TTT in support of Plaintiffs' Motion for Summary Judgment as to Liability because Defendant designated that material "confidential." (Dkt. No. 70.)

5. As a result of this Court's Order denying Plaintiffs' Motion and pursuant to Local Rule 79-5(f)(2), Plaintiffs now resubmit for the public record Exhibits B1, I1, K, L, and TTT in support of their Motion for Summary Judgment as to Liability (Dkt. No. 69).

6. Attached hereto as **Exhibit B1** is a true and correct copy of excerpts from the transcript of the deposition of one of Lyft's persons most knowledgeable, Evan Goldin.

7. Attached hereto as **Exhibit I1** is a true and correct copy of excerpts from the transcript of the deposition of one of Lyft's persons most knowledgeable, Komal Kirtikar.

8. Attached hereto as **Exhibit K** is a true and correct copy of a document Bates numbered LYFT000766, produced by Defendant in discovery.

9. Attached hereto as **Exhibit L** is a true and correct copy of a document Bates numbered LYFT000383, produced by Defendant in discovery.

10. Attached hereto as **Exhibit TTT** is a true and correct copy of a document Bates numbered LYFT000739-LYFT000740, produced by Defendant in discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2015, in San Francisco, California.

By: ___/s/ Matthew D. Carlson_____
     Matthew D. Carlson