UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LYFT, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-04065-VC<br><br>**AMENDED CASE MANAGEMENT ORDER** |

Following the telephonic case management conference held on March 31, 2015, the Court orders as follows.

Discovery need not be conducted in phases, and the parties are encouraged to complete as much discovery as possible before the plaintiffs move for class certification.  In any event, all discovery relating to class certification must be complete by no later than September 24, 2015.  A hearing on the plaintiffs' anticipated motion for class certification will take place on December 17, 2015 at 10:00 a.m. in Courtroom 4.  The plaintiffs' request to have this motion heard at an earlier time is denied.  The parties should confer and submit a stipulated proposed briefing schedule in which the plaintiff's reply brief is filed no later than two weeks before the hearing.

A further telephonic case management conference will take place on January 12, 2016 at 11:00 a.m.  The parties must file an updated joint case management statement no later than January 5, 2016.  The parties must also provide the Court with a conference line and applicable access code to use during the hearing no later than three court days prior to the hearing.

The parties should plan on a trial date in March or April of 2016.

**IT IS SO ORDERED.**

Dated:  April 9, 2015

_____
VINCE CHHABRIA
United States District Judge