UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYFT, INC.,<br><br>　　　　Defendants. | Case No.　13-cv-04065-VC<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE** |

　　　This matter is hereby referred to Magistrate Judge Donna M. Ryu to conduct a Settlement Conference within 60 days. Judge Ryu's chambers will contact counsel with a date and time for the conference to be conducted.

**IT IS SO ORDERED.**

Dated: April 10, 2015

_____
VINCE CHHABRIA
United States District Judge