UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LYFT, INC.,<br><br>                    Defendant. | Case No.: 3:13-cv-04065-VC (DMR)<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFFS' AMENDED REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE   (AS MODIFIED) |

## ORDER  (AS MODIFIED)

Having considered Plaintiffs' Amended Request to be Excused from Personal Attendance at the Parties' Settlement Conference, the Court hereby orders as follows:

Plaintiffs are not required to personally attend the parties' settlement conference, but shall be available to participate by telephone throughout the entire conference.

If the court concludes that the absence of Plaintiffs are interfering with the settlement conference, the court may continue the settlement conference and may order personal attendance by each party including Plaintiffs.

**IT IS SO ORDERED.**

Date:  April 27, 2015

_____
United States Magistrate Judge
Judge Donna M. Ryu

*IT IS SO ORDERED AS MODIFIED*