UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No. 13-cv-04065-VC<br><br>**ORDER DENYING MOTION TO ENJOIN STATE COURT LITIGATION**<br><br>Re: Dkt. No. 118 |

For the reasons stated on the record at today's hearing, the plaintiffs' motion to enjoin the later-filed state court lawsuit is denied. The plaintiffs' alternative requests, to accelerate the schedule for the upcoming motion for class certification and to be appointed interim class counsel, are denied without prejudice.

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
VINCE CHHABRIA
United States District Judge