KEKER & VAN NEST LLP
RACHAEL E. MENY - # 178514
rmeny@kvn.com
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
MICHELLE YBARRA - # 260697
mybarra@kvn.com
ALEXANDER DRYER - # 291625
adryer@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
THOMAS M. MCINERNEY - # 162055
tmm@ogletreedeakins.com
CHRISTOPHER M. AHEARN - # 239089
chris.ahearn@ogletreedeakins.com
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415 442 4810
Facsimile:     415 442 4870

Attorneys for Defendant
LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>LYFT, INC.,<br><br>        Defendant. | Case No. 3:13-cv-04065-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Judge:     Hon. Vince Chhabria<br><br>Date Filed:   September 3, 2013<br>Trial Date:   None Set |

1    The undersigned parties, by and through their respective counsel, do hereby stipulate[1]:

2    WHEREAS, on April 9, 2015, the Court issued the Amended Case Management Order

3    (Dkt. 110) requiring all discovery relating to class certification to be completed by no later than

4    September 24, 2015;

5    WHEREAS, the Court set the hearing for plaintiffs' anticipated motion for class

6    certification for December 17, 2015 at 10:00 a.m.;

7    WHEREAS, the Court ordered the parties to confer and submit a stipulated proposed

8    briefing schedule in which the plaintiffs' reply brief is filed no later than two weeks before the

9    hearing;

10   WHEREAS, the parties have met and conferred and jointly request that the Court enter the

11   following order:

12   Plaintiffs shall file their Motion for Class Certification on October 8, 2015;

13   Defendant shall file its Opposition to the Motion for Class Certification on November 17,

14   2015; and

15   Plaintiffs shall file their Reply in Support of the Motion for Class Certification on

16   December 3, 2015.

17   **IT IS SO STIPULATED.**

18

19   Dated: June 12, 2015                          KEKER & VAN NEST LLP

20

21   By:   */s/ Michelle Ybarra*
     RACHAEL E. MENY
22   R. JAMES SLAUGHTER
     MICHELLE YBARRA
23   ALEXANDER DRYER

24   Attorneys for Defendant
     LYFT, INC.

25

26

27   [1] As discussed at the hearing held on June 4, 2015, Plaintiffs may renew their request for an accelerated hearing and briefing schedule on their motion for class certification if the *Price v. Lyft* case is not stayed by the state court. Plaintiffs have agreed to this schedule on the assumption that the hearing on Plaintiffs' motion for class certification in this case will remain December 17, 2015.

28

1

2
    Dated: June 12, 2015                            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

3

4                                               By:   */s/ Thomas M. McInerney*
                                                      THOMAS M. MCINERNEY

5                                                        CHRISTOPHER M. AHEARN

6                                                        Attorneys for Defendant
                                                       LYFT, INC.

7

8     Dated: June 12, 2015                            LICHTEN & LISS-RIORDAN, P.C.

9

10                                                 By:   */s/ Shannon Liss-Riordan*
                                                       SHANNON LISS-RIORDAN

11

12                                                        Attorneys for Plaintiffs
                                                       PATRICK COTTER and ALEJANDRA

13                                                        MACIEL, on behalf of themselves and all others similarly situated

14

15     Dated: June 12, 2015                            CARLSON LEGAL SERVICES

16

17                                                      By:   */s/ Matthew D. Carlson*
                                                      MATTHEW D. CARLSON

18

19                                                        Attorneys for Plaintiffs
                                                       PATRICK COTTER and ALEJANDRA

20                                                        MACIEL, on behalf of themselves and all others similarly situated

21

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24     Dated: __June 16, 2015_____

25                                        HONORABLE VINCE CHHABRIA
                                       United States District Judge

26

27

28

955374