UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK COTTER, et al.,

    Plaintiffs,

v.

LYFT, INC.,

    Defendant.

Case No. 13-cv-04065-VC

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Re: Doc. No. 137

    The motion for leave to file a fourth amended complaint is granted. The proposed addition of Mr. Knudtson at this stage of the case does not reflect a lack of diligence and it will not prejudice Lyft. With respect to injunctive relief, the fourth amended complaint adequately alleges standing to seek it, although ultimately whether Mr. Knudtson has standing may depend on evidence about his intent to keep driving for Lyft and the likelihood that this will occur in the near future.

**IT IS SO ORDERED.**

Dated: July 15, 2015

VINCE CHHABRIA
United States District Judge