1 | Counsel listed on following page.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER, ALEJANDRA MACIEL, and JEFFREY KNUDTSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant. | Case No. 3:13-cv-04065-VC<br><br>Hon. Vince Chhabria<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION DISCOVERY CUTOFF AND CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Date Filed: September 3, 2013<br><br>Trial Date: None Set |

Matthew D. Carlson (State Bar No. 273242)
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (510) 239-4710
Email: mcarlson@carlsonlegalservices.com

Shannon Liss-Riordan (*Pro Hac Vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Email: sliss@llrlaw.com

Attorneys for Plaintiffs

Attorneys for Plaintiffs
KEKER & VAN NEST LLP
RACHAEL E. MENY - # 178514
rmeny@kvn.com
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
MICHELLE YBARRA - # 260697
mybarra@kvn.com
ALEXANDER DRYER - # 291625
adryer@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
THOMAS M. MCINERNEY - # 162055
tmm@ogletreedeakins.com
CHRISTOPHER M. AHEARN - # 239089
chris.ahearn@ogletreedeakins.com
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    415 442 4810
Facsimile:     415 442 4870

Attorneys for Defendant LYFT, INC.

   The undersigned parties, by and through their respective counsel, do hereby stipulate:

   WHEREAS, pursuant to the Court's Amended Case Management Order (Dkt. No. 110), the current deadline for completing discovery related to class certification is September 24, 2015;

   WHEREAS, pursuant to the parties' stipulation and subsequent Court Order (Dkt. No. 136), Plaintiffs are to file their Motion for Class Certification on October 8, 2015, Defendant is to file its Opposition thereto on November 17, 2015, and Plaintiffs are to file their Reply on December 3, 2015;

   WHEREAS, the parties have engaged in two settlement conferences to date and are scheduled to engage in their third settlement conference on October 13, 2015, five days after Plaintiffs are currently scheduled to file their Motion for Class Certification (Dkt. No. 150);

   WHEREAS, the parties agree that it would be beneficial to focus their time and resources on this settlement conference;

   WHEREAS, Defendant requires substantial additional time to supplement its previous production of documents in response to Plaintiffs' Requests for Production of Documents in advance of the deposition(s) of Defendant's Fed. R. Civ. P. 30(b)(6) designee(s);

   WHEREAS, Plaintiffs require that Defendant complete its supplemental document production in advance of taking Defendant's deposition(s) and in advance of filing their Motion for Class Certification;

   IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, by and through their respective counsel, that:

   1. The deadline to complete discovery related to class certification shall be Friday, November 20, 2015.

   2. Plaintiffs shall file their Motion for Class Certification on Tuesday, December 8, 2015.

   3. Defendant shall file their Opposition to Plaintiffs' Motion for Class Certification on Tuesday, January 19, 2016.

   4. Plaintiffs shall file their Reply in Support of their Motion for Class Certification on Tuesday, February 9, 2016.

2
STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION DISCOVERY
CUTOFF AND CLASS CERTIFICATION BRIEFING SCHEDULE
Case No. 3:13-cv-04065-VC

979800.01

5.   A hearing on Plaintiffs' Motion for Class Certification shall be held on Thursday, February 25, 2016.

**IT IS SO STIPULATED.**

Dated: August 14, 2015                           KEKER & VAN NEST LLP

                                                 By:   */s/ R. James Slaughter*
                                                       RACHAEL E. MENY
                                                       R. JAMES SLAUGHTER
                                                       MICHELLE YBARRA
                                                       ALEXANDER DRYER

                                                       Attorneys for Defendant LYFT, INC.


Dated: August 14, 2015                           LICHTEN & LISS-RIORDAN, P.C.

                                                 By:   */s/ Shannon Liss-Riordan*
                                                       SHANNON LISS-RIORDAN

                                                       Attorneys for Plaintiffs
                                                       PATRICK COTTER, ALEJANDRA
                                                       MACIEL, and JEFFREY KNUDTSON, on
                                                       behalf of themselves and all others similarly
                                                       situated


Dated: August 14, 2015                           CARLSON LEGAL SERVICES

                                                 By:   */s/ Matthew D. Carlson*
                                                       MATTHEW D. CARLSON

                                                       Attorneys for Plaintiffs
                                                       PATRICK COTTER, ALEJANDRA
                                                       MACIEL, and JEFFREY KNUDTSON, on
                                                       behalf of themselves and all others similarly
                                                       situated

3
STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION DISCOVERY
CUTOFF AND CLASS CERTIFICATION BRIEFING SCHEDULE
Case No. 3:13-cv-04065-VC

979800.01

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                   HONORABLE VINCE CHHABRIA
                                   United States District Judge

**CONCURRENCE**

I, Matthew D. Carlson, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order Re Class Certification Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that counsel for Defendant, R. James Slaughter, has concurred in this filing.

                                        /s/ Matthew D. Carlson
                                        MATTHEW D. CARLSON

5

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION DISCOVERY
CUTOFF AND CLASS CERTIFICATION BRIEFING SCHEDULE
Case No. 3:13-cv-04065-VC

979800.01