KEKER & VAN NEST LLP
RACHAEL E. MENY  CA State Bar No. 178514
rmeny@kvn.com
R. JAMES SLAUGHTER  CA State Bar No. 192813
rslaughter@kvn.com
MICHELLE YBARRA  CA State Bar No. 260697
mybarra@kvn.com
ALEXANDER DRYER  CA State Bar No. 291625
adryer@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
THOMAS M. MCINERNEY  CA State Bar No. 162055
tmm@ogletreedeakins.com
CHRISTOPHER M. AHEARN  CA State Bar No. 239089
chris.ahearn@ogletreedeakins.com
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415 442 4810
Facsimile:    415 442 4870

Attorneys for Defendant
LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICK COTTER and ALEJANDRA MACIEL, on behalf of themselves and all others similarly situated, | Case No. 3:13-cv-04065-VC |
|---|---|
| Plaintiffs, | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| v. | |
| LYFT, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-13 of the United States District Court for the Northern District of California, defendant Lyft, Inc. submits the following information regarding the pending action of *Angelo Quinlan, an individual, on behalf of himself, and on behalf of all persons similarly situated v. Lyft, Inc.*, Los Angeles Superior Court Case No. BC591540 ("the *Quinlan* action"):

1. The *Quinlan* action is a putative California class action brought by a Lyft driver who asserts that he was misclassified as an independent contractor. He further asserts that because of his misclassification, he was not paid required minimum and overtime wages, accurate waged statements, not provided meal and rest breaks, not paid all wages due at termination, and not reimbursed expenses, all in violation of the California Labor Code and section 17200 of the California Business & Professions Code.

2. The action is entitled *Angelo Quinlan, an individual, on behalf of himself, and on behalf of all persons similarly situated v. Lyft, Inc.*, Los Angeles Superior Court Case No. BC591540.

///
///
///
///
///
///
///
///
///
///
///
///

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
Case No. 3:13-cv-04065-VC

3.   The *Quinlan* case is related to this action in that it purports to represent an overlapping class action, and the claims and class definition completely overlap.  As a current or former Lyft driver, Mr. Quinlan is a class member in the *Cotter* action.  As the *Quinlan* action is the later-filed action and is pending in the Los Angeles Superior Court, defendant believes that the *Quinlan* action should be stayed, and at a minimum the proceedings should be coordinated to avoid conflicts, conserve resources, and promote an efficient determination of the action.

Respectfully submitted,

Dated:  October 7, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   */s/ Thomas M. McInerney*

THOMAS M. MCINERNEY
CHRISTOPHER M. AHEARN
LAUREN E. BALL

KEKER & VAN NEST, LLP
RACHAEL E. MENY
R. JAMES SLAUGHTER
MICHELLE YBARRA
ALEXANDER DRYER

Attorneys for Defendant
LYFT, INC.

22585744.1