1  Counsel listed on following page.

2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| PATRICK COTTER, ALEJANDRA MACIEL, and JEFFREY KNUDTSON, on behalf of themselves and all others similarly situated, | **Case No. 3:13-cv-04065-VC** |
| | **Hon. Vince Chhabria** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |
| v. | |
| LYFT, INC., | Date Filed:   September 3, 2013 |
| Defendant. | Trial Date:   None Set |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew D. Carlson (State Bar No. 273242)
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (510) 239-4710
Email: mcarlson@carlsonlegalservices.com

Shannon Liss-Riordan (*Pro Hac Vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Email: sliss@llrlaw.com

Attorneys for Plaintiffs

Attorneys for Plaintiffs
KEKER & VAN NEST LLP
RACHAEL E. MENY - # 178514
rmeny@kvn.com
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
MICHELLE YBARRA - # 260697
mybarra@kvn.com
ALEXANDER DRYER - # 291625
adryer@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
THOMAS M. MCINERNEY - # 162055
tmm@ogletreedeakins.com
CHRISTOPHER M. AHEARN - # 239089
chris.ahearn@ogletreedeakins.com
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415 442 4810
Facsimile:     415 442 4870

Attorneys for Defendant LYFT, INC.

1

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE
Case No. 3:13-cv-04065-VC

The undersigned parties, by and through their respective counsel, do hereby stipulate:

WHEREAS, pursuant to the Court's Order Regarding Class Certification Discovery Cutoff and Class Certification Briefing Schedule (Dkt. No. 155), the current deadline for Plaintiffs to file their motion for class certification is December 8, 2015, the current deadline for Defendant to file its opposition thereto is January 19, 2016, the current deadline for Plaintiffs to file their reply to Defendant's opposition is February 9, 2016, and a hearing on Plaintiffs' motion is scheduled for February 25, 2016;

WHEREAS, the parties have continued to engage in discovery necessary to move for and oppose class certification; and

WHEREAS, nevertheless, the parties require additional time to prepare their submissions;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, by and through their respective counsel, that:

1. Plaintiffs shall file their Motion for Class Certification no later than January 19, 2016.

2. Defendant shall file their Opposition to Plaintiffs' Motion for Class Certification no later than March 1, 2016.

3. Plaintiffs shall file their Reply in Support of their Motion for Class Certification no later than March 22, 2016.

4. A hearing on Plaintiffs' Motion for Class Certification shall be held on Thursday, April 7, 2016, or as soon thereafter as may be convenient for the Court.

**IT IS SO STIPULATED.**

Dated: December 7, 2015                           KEKER & VAN NEST LLP

By: */s/ R. James Slaughter*
RACHAEL E. MENY
R. JAMES SLAUGHTER
MICHELLE YBARRA
ALEXANDER DRYER

Attorneys for Defendant LYFT, INC.

Dated: December 7, 2015                                LICHTEN & LISS-RIORDAN, P.C.

                                         By:  /s/ Shannon Liss-Riordan
                                              SHANNON LISS-RIORDAN

                                              Attorneys for Plaintiffs
                                              PATRICK COTTER, ALEJANDRA
                                              MACIEL, and JEFFREY KNUDTSON, on
                                              behalf of themselves and all others similarly
                                              situated

Dated: December 7, 2015                                CARLSON LEGAL SERVICES

                                         By:  /s/ Matthew D. Carlson
                                              MATTHEW D. CARLSON

                                              Attorneys for Plaintiffs
                                              PATRICK COTTER, ALEJANDRA
                                              MACIEL, and JEFFREY KNUDTSON, on
                                              behalf of themselves and all others similarly
                                              situated

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
                                 HONORABLE VINCE CHHABRIA
                                 United States District Judge

**CONCURRENCE**

I, Matthew D. Carlson, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order Re Class Certification Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that counsel for Defendant, R. James Slaughter, has concurred in this filing.

          /s/ Matthew D. Carlson
          MATTHEW D. CARLSON