CARLSON LEGAL SERVICES
MATTHEW D. CARLSON - # 273242
mcarlson@carlsonlegalservices.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:   510 239 4710

LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN - Pro Hac Vice
sliss@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   617 994 5800

Attorneys for Plaintiffs COTTER, MACIEL, and KNUDTSON

KEKER & VAN NEST LLP
RACHAEL E. MENY - # 178514
rmeny@kvn.com
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
THOMAS M. MCINERNEY - # 162055
tmm@ogletreedeakins.com
Steuart Tower, Suite 1300, One Market Plaza
San Francisco, CA  94105
Telephone:   415 442 4810
Facsimile:   415 442 4870

Attorneys for Defendant LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, JEFFREY KNUDTSON on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>LYFT, INC.,<br><br>            Defendant. | Case No. 3:13-cv-04065-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT FOR SETTLEMENT**<br><br>Judge:         Hon. Vince Chhabria<br><br>Date Filed:   September 3, 2013<br>Trial Date:    None Set |

1   The undersigned Parties, by and through their respective counsel, do hereby stipulate:

2   WHEREAS, Plaintiffs Patrick Cotter, Alejandra Maciel, and Jeffrey Knudtson ("Named
3   Plaintiffs"), on behalf of themselves and the putative class, and Defendant Lyft, Inc.  ( "Lyft")
4   have entered into a Class Action Settlement Agreement and Release ("Settlement Agreement") to
5   effect a full and final settlement and dismissal with prejudice of all claims brought against Lyft in
6   this action;

7   WHEREAS, under the Settlement Agreement, the Parties agreed that the filing of an
8   Amended Complaint for Settlement, attached hereto as Exhibit A, would streamline the
9   settlement process and ensure that more money could be paid to settlement class members by
10  saving the costs of multiple notice and approval processes;

11  WHEREAS, under the Settlement Agreement, the Named Plaintiffs agreed to seek the
12  Court's permission to enter the Amended Complaint for Settlement and Lyft agreed, for
13  settlement purposes only, to consent to entry of the Amended Complaint for Settlement under
14  Federal Rule of Civil Procedure 15(a)(2);

15  WHEREAS, under the Settlement Agreement, the Parties further agreed that Lyft may
16  seek an order from the Court that the allegations in the Amended Complaint for Settlement are
17  deemed controverted by the answer previously filed by Lyft in response to the currently operative
18  complaint, such that no further responsive pleading from Lyft is required;

19  WHEREAS, under the Settlement Agreement (and employing the definitions therein), the
20  Parties further agreed that if for any reason the Court does not enter a District Court Final
21  Approval Order or the District Court Final Approval Order and Judgment do not become Final,
22  the Amended Complaint for Settlement shall be stricken from the record and the operative
23  complaint shall revert to the filed complaint that preceded the Amended Complaint for
24  Settlement;

25  WHEREAS, under the Settlement Agreement, the Parties agreed that obtaining the
26  Court's approval to file the Amended Complaint for Settlement, and the subsequent prompt entry
27  of the Amended Complaint for Settlement, are material conditions of the Settlement Agreement;

28  WHEREAS, the Amended Complaint for Settlement includes additional claims under the

Labor Code Private Attorneys General Act of 2004 (Labor Code sections 2698, et seq.) ("PAGA");

WHEREAS, on January 15, 2016, the Named Plaintiffs provided written notice by certified mail to the California Labor and Workforce Development Agency ("LWDA") and to Lyft of the specific additional PAGA claims included in the Amended Complaint for Settlement; and

WHEREAS, under California law, the Named Plaintiffs may assert those additional PAGA claims in this action only after: (i) the LWDA provides written notice that it does not intend to investigate the alleged violations underlying the claims or (ii) 33 calendar days have elapsed from the date Named Plaintiffs provided the LWDA notice of the claims;

NOW THEREFORE, the Parties jointly stipulate and request that the Court enter the following order:

The Amended Complaint for Settlement, attached hereto as Exhibit A, shall be deemed filed as of the date the Court enters an order preliminarily approving the Settlement Agreement. If this date occurs before California law permits the Named Plaintiffs to assert additional PAGA claims in this action, the Parties shall notify the Court when the Named Plaintiffs are permitted to do so, and the Amended Complaint for Settlement shall be deemed filed as of such date.

The allegations in the Amended Complaint for Settlement are deemed controverted by the answer previously filed by Lyft in response to the currently operative complaint, such that no further responsive pleading from Lyft is required.

If for any reason the Court does not enter a District Court Final Approval Order or the District Court Final Approval Order and Judgment do not become Final (as such terms are defined in the Settlement Agreement), the Amended Complaint for Settlement shall be stricken from the record and the operative complaint shall revert to the filed complaint that preceded the Amended Complaint for Settlement.

//
//
//

IT IS SO STIPULATED.

Dated: January 26, 2016                                    KEKER & VAN NEST LLP


                                                    By:  */s/ Rachael E. Meny*
                                                         RACHAEL E. MENY
                                                         R. JAMES SLAUGHTER

                                                         THOMAS M. MCINERNEY
                                                         OGLETREE, DEAKINS, NASH, SMOAK
                                                         & STEWART, P.C.

                                                         Attorneys for Defendant LYFT, INC.


Dated: January 26, 2016                                    CARLSON LEGAL SERVICES


                                                    By:  */s/ Matthew D. Carlson*
                                                         MATTHEW D. CARLSON

                                                         SHANNON LISS-RIORDAN
                                                         LICHTEN & LISS-RIORDAN, P.C.

                                                         Attorneys for Plaintiffs COTTER,
                                                         MACIEL, and KNUDTSON

**Attestation**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.


Dated: January 26, 2016                                    */s/ Matthew D. Carlson*
                                                           MATTHEW D. CARLSON

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4   Dated: _____

5                                             HON. VINCE CHHABRIA
                                              UNITED STATES DISTRICT JUDGE