| | |
|---|---|
| 1 | CARLSON LEGAL SERVICES |
| | MATTHEW D. CARLSON - # 273242 |
| 2 | mcarlson@carlsonlegalservices.com |
| | 100 Pine Street, Suite 1250 |
| 3 | San Francisco, CA 94111 |
| | Telephone:     510 239 4710 |
| 4 | |
| | LICHTEN & LISS-RIORDAN, P.C. |
| 5 | SHANNON LISS-RIORDAN - Pro Hac Vice |
| | sliss@llrlaw.com |
| 6 | 729 Boylston Street, Suite 2000 |
| | Boston, MA 02116 |
| 7 | Telephone:     617 994 5800 |
| 8 | Attorneys for Plaintiffs COTTER, MACIEL, and KNUDTSON |
| 9 | KEKER & VAN NEST LLP |
| | RACHAEL E. MENY - # 178514 |
| 10 | rmeny@kvn.com |
| | R. JAMES SLAUGHTER - # 192813 |
| 11 | rslaughter@kvn.com |
| | 633 Battery Street |
| 12 | San Francisco, CA 94111-1809 |
| | Telephone:    415 391 5400 |
| 13 | Facsimile:     415 397 7188 |
| 14 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | THOMAS M. MCINERNEY - # 162055 |
| 15 | tmm@ogletreedeakins.com |
| | Steuart Tower, Suite 1300, One Market Plaza |
| 16 | San Francisco, CA  94105 |
| | Telephone:    415 442 4810 |
| 17 | Facsimile:     415 442 4870 |
| 18 | Attorneys for Defendant LYFT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, JEFFREY KNUDTSON on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>LYFT, INC.,<br><br>            Defendant. | Case No. 3:13-cv-04065-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENTAL BRIEFING SCHEDULE**<br><br>Judge:         Hon. Vince Chhabria<br><br>Date Filed:   September 3, 2013<br>Trial Date:    None Set |

| | |
|---|---|
| 1 | The undersigned Parties, by and through their respective counsel, do hereby stipulate: |
| 2 | WHEREAS, Plaintiffs' lead Counsel, Shannon Liss-Riordan, will be unavailable to attend |
| 3 | the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement currently |
| 4 | scheduled for March 10, 2016, due to pre-arranged travel plans; |
| 5 | WHEREAS, the parties agree that Ms. Liss-Riordan's attendance at the hearing is of |
| 6 | significant importance; |
| 7 | WHEREAS, Ms. Liss-Riordan has limited availability over the next two weeks because of |
| 8 | prior commitments; |
| 9 | NOW THEREFORE, the Parties jointly stipulate and request that the Court enter the |
| 10 | following order: |
| 11 | Plaintiffs' supplemental brief, not to exceed 20 pages, shall be due March 10, 2016. |
| 12 | Defendant's supplemental brief, not to exceed 20 pages, shall be due March 17, 2016. |
| 13 | The hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement |
| 14 | shall be held on March 24, 2016, at 10:00 a.m., or as soon thereafter as may be convenient to the |
| 15 | Court. |
| 16 | |
| 17 | IT IS SO STIPULATED. |
| 18 | |
| 19 | Dated: February 12, 2016                    KEKER & VAN NEST LLP |
| 20 | |
| 21 | By: */s/ Rachel E. Meny* |
|    | RACHAEL E. MENY |
|    | R. JAMES SLAUGHTER |
| 22 | |
| 23 | THOMAS M. MCINERNEY |
|    | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 24 | Attorneys for Defendant LYFT, INC. |

---

1
STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENTAL BRIEFING SCHEDULE
Case No. 3:13-cv-04065-VC

| | | |
|---|---|---|
| Dated: February 12, 2016 | | CARLSON LEGAL SERVICES |
| | By: | */s/ Matthew D. Carlson* |
| | | MATTHEW D. CARLSON |
| | | SHANNON LISS-RIORDAN |
| | | LICHTEN & LISS-RIORDAN, P.C. |
| | | Attorneys for Plaintiffs COTTER, MACIEL, and KNUDTSON |

**Attestation**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 12, 2016                                         */s/ Matthew D. Carlson*
                                                                                      Matthew D. Carlson

1

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5 Dated: _____

                                            HON. VINCE CHHABRIA
6                                             UNITED STATES DISTRICT JUDGE