CARLSON LEGAL SERVICES
MATTHEW D. CARLSON - # 273242
mcarlson@carlsonlegalservices.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    510 239 4710

LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN - Pro Hac Vice
sliss@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    617 994 5800

Attorneys for Plaintiffs COTTER, MACIEL, and KNUDTSON

KEKER & VAN NEST LLP
RACHAEL E. MENY - # 178514
rmeny@kvn.com
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
THOMAS M. MCINERNEY - # 162055
tmm@ogletreedeakins.com
Steuart Tower, Suite 1300, One Market Plaza
San Francisco, CA  94105
Telephone:    415 442 4810
Facsimile:    415 442 4870

Attorneys for Defendant LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, JEFFREY KNUDTSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant. | Case No. 3:13-cv-04065-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENTAL BRIEFING SCHEDULE**<br><br>Judge:      Hon. Vince Chhabria<br><br>Date Filed:  September 3, 2013<br>Trial Date:   None Set |

1  The undersigned Parties, by and through their respective counsel, do hereby stipulate:

2  WHEREAS, Plaintiffs' lead Counsel, Shannon Liss-Riordan, will be unavailable to attend the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement currently scheduled for March 10, 2016, due to pre-arranged travel plans;

WHEREAS, the parties agree that Ms. Liss-Riordan's attendance at the hearing is of significant importance;

WHEREAS, Ms. Liss-Riordan has limited availability over the next two weeks because of prior commitments;

NOW THEREFORE, the Parties jointly stipulate and request that the Court enter the following order:

Plaintiffs' supplemental brief, not to exceed 20 pages, shall be due March 10, 2016.

Defendant's supplemental brief, not to exceed 20 pages, shall be due March 17, 2016.

The hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement shall be held on March 24, 2016, at 10:00 a.m., or as soon thereafter as may be convenient to the Court.

IT IS SO STIPULATED.

Dated: February 12, 2016                    KEKER & VAN NEST LLP

                                            By:   */s/ Rachel E. Meny*
                                                  RACHAEL E. MENY
                                                  R. JAMES SLAUGHTER

                                                  THOMAS M. MCINERNEY
                                                  OGLETREE, DEAKINS, NASH, SMOAK
                                                  & STEWART, P.C.

                                                  Attorneys for Defendant LYFT, INC.

Dated:  February 12, 2016                                         CARLSON LEGAL SERVICES

                                                        By:    */s/ Matthew D. Carlson*
                                                               MATTHEW D. CARLSON

                                                               SHANNON LISS-RIORDAN
                                                               LICHTEN & LISS-RIORDAN, P.C.

                                                               Attorneys for Plaintiffs COTTER,
                                                               MACIEL, and KNUDTSON

**Attestation**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  February 12, 2016                         */s/ Matthew D. Carlson*
                                                  Matthew D. Carlson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 17, 2016

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE