1  KEKER & VAN NEST LLP
   RACHAEL E. MENY - # 178514
2  rmeny@kvn.com
   R. JAMES SLAUGHTER - # 192813
3  rslaughter@kvn.com
   SIMONA A. AGNOLUCCI #246943
4  sagnolucci@kvn.com
   MICHELLE YBARRA - # 260697
5  mybarra@kvn.com
   ALEXANDER DRYER - # 291625
6  adryer@kvn.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone: 415 391 5400
8  Facsimile:  415 397 7188

9  THOMAS M. MCINERNEY (SBN 162055)
   tmm@ogletreedeakins.com
10 ZACHARY W. SHINE (SBN 271522)
   zachary.shine@ogletreedeakins.com
11 Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
   Steuart Tower, Suite 1300
12 One Market Plaza
   San Francisco, CA 94105
13 Telephone: 415 442 4810
   Facsimile:  415 442 4870
14
   Attorneys for Defendant LYFT, INC.
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 PATRICK COTTER and ALEJANDRA        Case No. 3:13-cv-04065-VC
   MACIEL, on behalf of himself and all others
20 similarly situated,
                                        **NOTICE OF SUBSTITUTION OF**
21              Plaintiff,              **COUNSEL AND NOTICE OF**
                                        **APPEARANCE**
22       v.

23 LYFT, INC. and DOES 1 through 10,   Complaint Filed: September 3, 2013
   inclusive,
24
                Defendants.
25

26

27

28

PLEASE TAKE NOTICE that defendant LYFT, INC. hereby requests substitution of the following attorney:

>Christopher M. Ahearn, CA Bar No. 239089
>chris.ahearn@ogletreedeakins.com
>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>Steuart Tower, Suite 1300
>One Market Plaza
>San Francisco, CA  94105
>Telephone:   415.442.4810
>Facsimile:    415.442.4870

In his place, defendant designates the following as counsel of record:

>Zachary W. Shine, CA Bar No. 271522
>zachary.shine@ogletreedeakins.com
>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>Steuart Tower, Suite 1300
>One Market Plaza
>San Francisco, CA  94105
>Telephone:   415.442.4810
>Facsimile:    415.442.4870

This constitutes the Notice of Appearance by Zachary Shine to appear as counsel of record for the defendant in the above-entitled action.

DATED: February 16, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ *Zachary W. Shine*
Thomas M. McInerney
Zachary W. Shine

Attorneys for Defendant
LYFT, INC.