KEKER & VAN NEST LLP
RACHAEL E. MENY - # 178514
rmeny@kvn.com
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
MICHELLE YBARRA - # 260697
mybarra@kvn.com
ALEXANDER DRYER - # 291625
adryer@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
THOMAS M. MCINERNEY - # 162055
tmm@ogletreedeakins.com
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415 442 4810
Facsimile:     415 442 4870

Attorneys for Defendant LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, JEFFREY KNUDTSON on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>LYFT, INC.,<br><br>　　　　　Defendant. | Case No. 3:13-cv-04065-VC<br><br>**DECLARATION OF SIMONA A. AGNOLUCCI IN SUPPORT OF LYFT, INC.'S BRIEF REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:　　　Hon. Vince Chhabria<br><br>Date Filed:　September 3, 2013<br>Trial Date:　None Set |

DECLARATION OF SIMONA A. AGNOLUCCI IN SUPPORT OF LYFT, INC.'S BRIEF REGARDING
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 3:13-cv-04065-VC

1040031

I, Simona A. Agnolucci, declare that:

1. I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Lyft, Inc. ("Defendant") in the above-referenced action. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. For this litigation, Lyft previously conducted a random survey of 10,000 California drivers. The survey was administered by an independent survey expert.

3. Of the 10,000 drivers surveyed, approximately 31 percent responded to all or some of the questions posed.

4. In response to the statement, "I like being an independent contractor," 82% of respondents indicated "Strongly Agree" or "Agree."

5. In response to the question, "Have you driven solely on the Lyft platform or have you driven on other ridesharing platforms, such as Uber or Sidecar, or for delivery platforms?," 47% of respondents indicated "Only Lyft."

6. Among drivers who drove on another platform, in response to the question, "When you drove on the _____ [*other platform*], did you ever drive for them in the same week as you drove on the Lyft platform?," 83% of respondents indicated "Yes, I drove for them in the same week."

7. Among drivers who drove on another platform in the same week that they drove on the Lyft platform, in response to the question, "Did you ever drive on their platform in the same day you drove on the Lyft platform?," 88% of respondents indicated "Yes."

8. Among drivers who drove on another platform in the same week that they drove on the Lyft platform, in response to the question, "Did you ever drive on their platform in the same hour you drove on the Lyft platform?," 75% indicated "Yes."

9. Among drivers who drove on another platform in the same week that they drove on the Lyft platform, in response to the question, "Have you ever made yourself available on

1

DECLARATION OF SIMONA A. AGNOLUCCI IN SUPPORT OF LYFT, INC.'S BRIEF REGARDING
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 3:13-cv-04065-VC

1040031

more than one ridesharing or delivery app at the same time?," 49% of respondents indicated "Yes."

10. In response to the question, "Have you done any other type of work for pay in the same day or week while you were a driver on the Lyft platform?," 51% of respondents indicated "Yes."

11. Among drivers who did other types of work for pay in the same day or week while driving on the Lyft platform, in response to the question "Did you ever do this other work full time—that is, 35 hours or more per week—in the same week as you drove on the Lyft platform?," 58% of respondents indicated "Yes."

12. Among drivers who did other types of work for pay in the same day or week while driving on the Lyft platform, in response to the question "How would you describe your employment status at this other work?," 60% of respondents indicated "Employee."

13. In response to the question "What factors primarily determine the days you choose to drive on the Lyft platform?," 47% of respondents selected "My schedule for other work" as one of up to three responses.

14. In response to the statement, "I like to choose when I work," 99% of respondents indicated "Strongly Agree" or "Agree."

15. In response to the statement, "I enjoy being my own boss," 97% of respondents indicated "Strongly Agree" or "Agree."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on March 17, 2016.

_____
SIMONA A. AGNOLUCCI

2
DECLARATION OF SIMONA A. AGNOLUCCI IN SUPPORT OF LYFT, INC.'S BRIEF REGARDING
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 3:13-cv-04065-VC

1040031