UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK COTTER, et al.,

Plaintiffs,

v.

LYFT, INC., et al.,

Defendants.

Case No.  13-cv-04065-VC

**ORDER RE ORAL ARGUMENT**

At the hearing on the motion for preliminary approval of the revised class action settlement, the parties should be prepared to discuss the following, assuming it is possible to gather this information in such a short timeframe:

- What is the maximum possible restitution value under Cal. Bus. & Prof. Code § 17200 for Lyft's alleged violations of Cal. Labor Code § 351 in the period from August 2014 to August 2015, as described by the Complaint in *Zamora v. Lyft, Inc.*, No. 16-cv-02558-VC?

- What is the maximum possible restitution value under Cal. Bus. & Prof. Code § 17200 for Lyft's alleged violations of Cal. Labor Code § 351 in the period from August 2015 to the present, as described by the Complaint in *Zamora v. Lyft, Inc.*, No. 16-cv-02558-VC?

- Would it be feasible and appropriate to allocate a portion of the existing proposed settlement amount to these claims?

**IT IS SO ORDERED.**

Dated: June 1, 2016

_____

VINCE CHHABRIA
United States District Judge