# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LYFT, INC.,<br><br>        Defendant. | Case No. 13-cv-04065-VC<br><br>**ORDER DENYING MOTION TO INTERVENE**<br><br>Re: Dkt. No. 190 |

The motion to intervene filed by Teamsters Joint Council 7, Teamsters Joint Council 42, Angelica Rose Ferdinand, Helen Hebert, Leigh-Ann Johnson, Amir Kashanian, and Kelsey Tilander, which they have not pursued following the plaintiffs' submission of the revised settlement agreement, is denied.

**IT IS SO ORDERED.**

Dated: June 22, 2016

_____
VINCE CHHABRIA
United States District Judge