| | |
|---|---|
| 1 | Shannon Liss-Riordan (*Pro Hac Vice*) |
| 2 | sliss@llrlaw.com |
|   | LICHTEN & LISS-RIORDAN, P.C. |
| 3 | 729 Boylston Street, Suite 2000 |
|   | Boston, MA 02116 |
| 4 | Telephone: (617) 994-5800 |
| 5 | Matthew D. Carlson (State Bar No. 273242) |
|   | mcarlson@llrlaw.com |
| 6 | LICHTEN & LISS-RIORDAN, P.C. |
|   | 466 Geary St., Suite 201 |
| 7 | San Francisco, California 94102 |
| 8 | Telephone: (617) 994-5800 |
| 9 | Attorneys for Plaintiffs COTTER, MACIEL, and KNUDTSON |
|   | KEKER & VAN NEST LLP |
| 10 | RACHAEL E. MENY - # 178514 |
|    | rmeny@kvn.com |
| 11 | R. JAMES SLAUGHTER - # 192813 |
|    | rslaughter@kvn.com |
| 12 | 633 Battery Street |
|    | San Francisco, CA 94111-1809 |
| 13 | Telephone:    415 391 5400 |
|    | Facsimile:    415 397 7188 |
| 14 | |
|    | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 15 | THOMAS M. MCINERNEY - # 162055 |
|    | tmm@ogletreedeakins.com |
| 16 | Steuart Tower, Suite 1300, One Market Plaza |
|    | San Francisco, CA 94105 |
| 17 | Telephone:    415 442 4810 |
|    | Facsimile:    415 442 4870 |
| 18 | |
| 19 | Attorneys for Defendant LYFT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, JEFFREY KNUDTSON on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>LYFT, INC.,<br><br>           Defendant. | Case No. 3:13-cv-04065-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT FOR SETTLEMENT**<br><br>Judge:    Hon. Vince Chhabria<br><br>Date Filed:    September 3, 2013<br>Trial Date:    None Set |

The undersigned Parties, by and through their respective counsel, do hereby stipulate:

WHEREAS, Plaintiffs Patrick Cotter, Alejandra Maciel, and Jeffrey Knudtson ("Named Plaintiffs"), on behalf of themselves and the putative class, and Defendant Lyft, Inc. ( "Lyft") have entered into a Class Action Settlement Agreement and Release ("Settlement Agreement") to effect a full and final settlement and dismissal with prejudice of all claims brought against Lyft in this action;

WHEREAS, under the Settlement Agreement, the Parties agreed that the filing of an Amended Complaint for Settlement, attached hereto as Exhibit A, would streamline the settlement process and ensure that more money could be paid to settlement class members by saving the costs of multiple notice and approval processes;

WHEREAS, under the Settlement Agreement, the Named Plaintiffs agreed to seek the Court's permission to enter the Amended Complaint for Settlement and Lyft agreed, for settlement purposes only, to consent to entry of the Amended Complaint for Settlement under Federal Rule of Civil Procedure 15(a)(2);

WHEREAS, under the Settlement Agreement, the Parties further agreed that Lyft may seek an order from the Court that the allegations in the Amended Complaint for Settlement are deemed controverted by the answer previously filed by Lyft in response to the currently operative complaint, such that no further responsive pleading from Lyft is required;

WHEREAS, under the Settlement Agreement (and employing the definitions therein), the Parties further agreed that if for any reason the Court does not enter a District Court Final Approval Order or the District Court Final Approval Order and Judgment do not become Final, the Amended Complaint for Settlement shall be stricken from the record and the operative complaint shall revert to the filed complaint that preceded the Amended Complaint for Settlement.

WHEREAS, under the Settlement Agreement, the Parties agreed that obtaining the Court's approval to file the Amended Complaint for Settlement, and the subsequent prompt entry of the Amended Complaint for Settlement, are material conditions of the Settlement Agreement;

WHEREAS, the Amended Complaint for Settlement includes additional claims under the

1

Labor Code Private Attorneys General Act of 2004 (Labor Code sections 2698, et seq.) ("PAGA");

WHEREAS, on January 15, 2016, the Named Plaintiffs provided written notice by certified mail to the California Labor and Workforce Development Agency ("LWDA") and to Lyft of the specific additional PAGA claims included in the Amended Complaint for Settlement, and more than 33 calendar days have elapsed with no response from the LWDA;

NOW THEREFORE, the Parties jointly stipulate and request that the Court enter the following order:

The Amended Complaint for Settlement, attached hereto as Exhibit A, shall be deemed filed as of the date the Court enters an order preliminarily approving the Settlement Agreement.

The allegations in the Amended Complaint for Settlement are deemed controverted by the answer previously filed by Lyft in response to the currently operative complaint, such that no further responsive pleading from Lyft is required.

If for any reason the Court does not enter a District Court Final Approval Order or the District Court Final Approval Order and Judgment do not become Final (as such terms are defined in the Settlement Agreement), the Amended Complaint for Settlement shall be stricken from the record and the operative complaint shall revert to the filed complaint that preceded the Amended Complaint for Settlement.

IT IS SO STIPULATED.

Dated: May 11, 2016                                 KEKER & VAN NEST LLP

By:   */s/ Rachel E. Meny*
      RACHAEL E. MENY
      R. JAMES SLAUGHTER

THOMAS M. MCINERNEY
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

Attorneys for Defendant LYFT, INC.

| | | |
|---|---|---|
| Dated: May 11, 2016 | | LICHTEN & LISS-RIORDAN, P.C. |
| | By: | */s/ Shannon Liss-Riordan* |
| | | SHANNON LISS-RIORDAN |
| | | MATTHEW D. CARLSON |
| | | Attorneys for Plaintiffs COTTER, MACIEL, and KNUDTSON |

**Attestation**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 11, 2016      */s/ Matthew D. Carlson*
                        Matthew D. Carlson

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 28, 2016

*(signature)*
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE