UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No. 13-cv-04065-VC<br><br>**ORDER DENYING MOTION TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 249 |

The motion by proposed intervenors Teamsters Joint Council 7, Teamsters Joint Council 42, Angelica Rose Ferdinand, Helen Hebert, Leigh-Ann Johnson, Amir Kashanian, and Kelsey Tilander for leave to file a motion for reconsideration is denied. Even if the proposed intervenors had continued to meaningfully pursue their motion to intervene, the Court would have denied the motion on the merits, largely for the reasons discussed in the court's April 7, 2016 ruling denying the motion for preliminary approval, as well as the reasons discussed in the court's June 28, 2016 ruling denying the motion to intervene filed by the *Zamora* plaintiffs.

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
VINCE CHHABRIA
United States District Judge