Michael L. Slack (Texas Bar No. 18476800)
mslack@slackdavis.com
*Pro Hac Vice Anticipated*
John R. Davis (Cal. Bar No. 308412)
jdavis@slackdavis.com
*Admitted Pro Hac Vice*
SLACK & DAVIS, LLP
2705 Bee Cave Road, Suite 220
Austin, TX 78746

Thomas J. Brandi (Cal. Bar No. 53208)
tjb@brandilaw.com
Brian J. Malloy (Cal. Bar No. 234882)
bjm@brandilaw.com
THE BRANDI LAW FIRM
354 Pine Street, Third Floor
San Francisco, CA 94104
415-989-1800

*Attorneys for Plaintiff-Movant David Thornton*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID THORNTON, individually and on behalf of a class of similarly situated persons, | Case No. 3:13-cv-4065-VC |
| Plaintiffs, | Case No. 3:16-cv-3135-SK |
| vs. | [~~Proposed~~] **Order Relating Cases**<br>    DENIED<br>Judge: Hon. Vince Chhabria<br>Courtroom: 4 |
| LYFT, INC., a Delaware Corporation, | |
| Defendant. | |
| This Motion Relates to:<br>*Cotter v. Lyft, Inc.*, 3:13-cv-4065-VC | |

On June 21, 2016, Plaintiff David Thornton filed an administrative motion to consider whether the following cases should be related pursuant to Civil Local Rules 3-12 and 7-11:

1. *Cotter v. Lyft, Inc.*, No. 3:13-cv-4065-VC (the "*Cotter* Action") and

2. *Thornton et al. v. Lyft, Inc.*, Case No. 3:16-cv-3135-SK (N.D. Cal. filed June 9, 2016) (the "*Thornton* Action").

Having considered the papers submitted in support of the Plaintiff's motion, the Court, ~~for good cause shown~~, hereby **DENIES** ~~**GRANTS**~~ the motion.

IT IS HEREBY ORDERED THAT the *Thornton* Action is designated as related to the *Cotter* Action is re-assigned to the Honorable Hon. Vince Chhabria.

**IT IS SO ORDERED.**

Dated: July 5, 2016

The Hon. Hon. Vince Chhabria
United States District Judge



Page **2** of **4**

**[Proposed] Order Relating Cases**