UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER, ET AL.,<br><br>    Plaintiffs,<br><br>       v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No. 13-cv-04065-VC<br><br>**ORDER DENYING OBJECTORS' MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 265 |

The motion by the Teamsters for attorneys' fees is denied. *Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1052 (9th Cir. 2002). Although the benefits to the class members were substantially enhanced from the original settlement to the current one, this was largely the result of the standard process for district court review rather than the objections filed by the Teamsters, which were largely rejected.

**IT IS SO ORDERED.**

Dated: March 16, 2017

VINCE CHHABRIA
United States District Judge