UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COTTER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No. 13-cv-04065-VC<br><br>**ORDER REQUIRING NOTICE OF COMPLETION OF DUTIES** |

     To ensure the timely, accurate, and complete distribution of settlement funds, class counsel must file a "Notice of Completion of Duties," with accompanying declarations from themselves and the settlement administrator, 60 days after the final round of payments to class members. The notice should explain in detail when payments were made to class members, the number of members who were sent payments, the total amount of money paid out to members, the number of cashed and uncashed checks, the number of members who could not be contacted (if any), any concerns communicated by members to the settlement administrator and counsel since final approval, any other issues in settlement administration since final approval, and how any concerns or issues were resolved. Class counsel are expected to diligently supervise the administration of the settlement and remain in close contact with the settlement administrator.

    **IT IS SO ORDERED.**

Dated: April 6, 2018

                                                                      VINCE CHHABRIA<br>
                                                                      United States District Judge