Jahan C. Sagafi (Cal. Bar No. 224887)
jsagafi@outtengolden.com
Laura Iris Mattes (Cal. Bar No. 310594)
imattes@outtengolden.com
Adam Koshkin (Cal. Bar No. 320152)
akoshkin@outtengolden.com
OUTTEN & GOLDEN LLP
One California St., 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

Katharine Chao (Cal. Bar No. 247571)
kathy@osclegal.com
Christian Schreiber (Cal. Bar No. 245597)
christian@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert St., Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 658-7758

Rachel Bien (Cal. Bar No. 315886)
rmb@outtengolden.com
OUTTEN & GOLDEN LLP
601 S Figueroa St., Suite 4050
Los Angeles, CA 90017
Telephone: (323) 673-9900
Facsimile: (646) 509-2058

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK COTTER and ALEJANDRA MACIEL, JEFFREY KNUDTSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant.<br><br>Related to *Brunner, Jr. v. Lyft, Inc.*, No. 3:19-cv-04808-TSH | Case No. 3:13-cv-04065-VC<br><br>Case No. 3:16-cv-02558-VC<br><br>Case No. 3:18-cv-06539-VC<br><br>Case No. 3:19-cv-02025-VC<br><br>Case No. 3:19-cv-04808-TSH<br><br>**NOTICE OF RELATED CASE AND ADMINISTRATIVE MOTION OF PLAINTIFF D. BRUNNER, JR. TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Vince Chhabria |

1    Plaintiff D. Brunner, Jr. ("Plaintiff") hereby submits this Administrative Motion to
2    Consider Whether Cases Should Be Related, pursuant to Civil Local Rules ("Civ. L.R.") 3-12 and
3    7-11 of this Court.

    Plaintiff seeks to relate the following cases:

    1.   *Cotter v. Lyft, Inc.,* No. 13-cv-04065-VC (N.D. Cal.), filed on September 3, 2013 in this Court,

    2.   *Zamora v. Lyft, Inc.*, No. 16-cv-02558-VC, filed on May 11, 2016 in this Court,

    3.   *Whitson v. Lyft, Inc.*, No. 18-cv-06539-VC, filed on October 26, 2018 in this Court,

    4.   *Norton v. Lyft, Inc.*, No. 19-cv-02025-VC, filed on April 15, 2019 in this Court, and,

    5.   *Brunner, Jr.* v. *Lyft, Inc.*, No. 19-cv-04808-TSH, filed on August 14, 2019 in this Court.

    Plaintiff respectfully requests that this Court, at the appropriate time, enter an Order under Civ. L.R. 3-12(f) finding that these cases are related because (1) they concern substantially the same parties, transactions, and events, and (2) it appears likely that there would be an unduly burdensome duplication of labor and expense if the cases proceed before different Judges.  Civ. L. R. 3-12(a).

**ARGUMENT**

*Cotter, Zamora, Whitson*, *Norton,* and *Brunner, Jr.* are related because:

    1.   They concern the same defendants and similar plaintiffs.  Each action is brought by one or more Lyft Drivers against Lyft as the sole defendant.

    2.   They concern substantially the same transactions and events, in that the actions involve adjudication of Lyft Drivers' employment status under federal and California law.  The Court overseeing *Cotter, Zamora, Whitson,* and *Norton* has already presided over substantial litigation relating to this and related questions.  If *Brunner, Jr.* were heard by a different judge,

- 1 -

ADMINISTRATIVE MOTION TO CONSIDER RELATED CASES
Case Nos. 3:19-CV-04808-TSH, 3:18-CV-06539-VC, 3:19-CV-02025-VC, 3:13-CV-04065-VC, 3:16-CV-02558-VC

there is a risk of inconsistent rulings, and it is likely that there would be inefficient use of judicial resources.

3. They concern similar legal claims. *Cotter, Zamora, Whitson*, *Norton* and *Brunner, Jr.* assert claims under federal and California law alleging that Lyft failed to comply with basic labor standards, such as paying all wages due, because it misclassified its drivers as independent contractors. Notably, *Cotter, Zamora, Whitson*, *Norton* and *Brunner, Jr.* assert nearly identical causes of action, including claims alleging failure to pay minimum wage, failure to pay overtime, failure to reimburse for necessary business expenses, and violations of California's wage statement rules.

In addition, on December 11, 2018, Lyft filed a motion to relate *Whitson* to *Cotter* and *Zamora*, and *Whitson* and *Brunner, Jr.* are substantially similar. *See Cotter*, ECF No. 351 (N.D. Cal. Dec. 11, 2018) (Lyft's motion to relate *Whitson* to *Zamora* and *Cotter*). There, Lyft took the position that actions "brought by drivers using the Lyft platform in California" that "name Lyft as the sole Defendant" and "assert parallel statutory and common law causes of action, including for . . . unpaid wages, failure to reimburse expenses, and violations of California's UCL" are related cases. *Cotter*, ECF No. 351 at 3.

//
//

For the foregoing reasons, *Cotter, Zamora, Whitson*, *Norton,* and *Brunner, Jr.* are related within the meaning of Local Rule 3-12(a). Therefore, Plaintiff respectfully requests that the Court assign *Brunner, Jr.* to the *Cotter*, *Zamora*, *Whitson*, and *Norton* Courts, pursuant to Civil Local Rule 3-12(f).

Dated: August 23, 2019

Respectfully submitted,

By: */s/ Katharine Chao*
    Katharine Chao

Jahan C. Sagafi (Cal. Bar No. 224887)
jsagafi@outtengolden.com
Laura Iris Mattes (Cal. Bar No. 310594)
imattes@outtengolden.com
Adam Koshkin (Cal. Bar No. 320152)
akoshkin@outtengolden.com
OUTTEN & GOLDEN LLP
One California St, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

Rachel Bien (Cal. Bar No. 315886)
rmb@outtengolden.com
601 S Figueroa St., Suite 4050
Los Angeles, CA 90017
Telephone: (323) 673-9900
Facsimile: (646) 509-2058

Katharine Chao (Cal. Bar No. 247571)
kathy@osclegal.com
Christian Schreiber (Cal. Bar No. 245597)
christian@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 658-7758

*Counsel for Plaintiff and the Proposed Class*